**Bolarinwa OKEZIE, Plaintiff–Appellant,**

v.

**Nicholas LEONARD, Officer, ID # 3445; L. MUSE, Officer, ID # 3056, Defendants–Appellees,**

and

**Prince George's County, Maryland, Defendant.**

No. 15–1276.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2015.

Decided: Aug. 13, 2015.

---

Bolarinwa Okezie, Appellant Pro Se. Stephen E. Whitted, Prince George's County Office of Law, Upper Marlboro, Maryland, for Appellees.

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bolarinwa Okezie filed a complaint against the Appellees, Nicholas Leonard and L. Muse, and the Defendant, Prince George's County, Maryland, alleging claims pursuant to 42 U.S.C. § 1983 (2012), and under state law. Following a trial in which the jury found for the Appellees on all of Okezie's claims, the magistrate judge granted Okezie's motion for a new trial. The jury again found for the Appellees on all claims and Okezie now appeals. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the magistrate judge's order of judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED.*